An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN MANUEL RENTERIA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67773

**FILED**

MAY 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus. Petitioner seeks to compel the district court to resentence him to concurrent rather than consecutive prison terms after his conviction on one count each of attempted sexual assault of a minor under 14 years of age and attempted lewdness with a child under 14 years of age. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-15209

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Juan Manuel Renteria
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk